CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DALAS BLAKLEY,<br><br>  Defendant. | Case No.  2:18-cr-00045-JCM-DJA<br><br>**Stipulation to Continue Sentencing Hearing**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Dalas Blakley, that the Sentencing Hearing currently scheduled on Friday, March 18, 2022, at 10:30 a.m., be vacated and continued to a time convenient to the Court but no sooner than 1 day. This Stipulation is entered into for the following reasons:

1. Due to a scheduling conflict, the government is unavailable at the current scheduled sentencing date and time.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Under Rule 32(b) of the Federal Rules of Criminal Procedure, the district court must impose sentence without unnecessary delay. The government's request to continue sentencing is necessary for the government to adequately prepare and be present at the defendant's sentencing hearing.

5. This is the first request for continuance filed herein.

DATED this 4th day of March, 2022.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney | */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender<br>Attorney for Defendant Dalas Blakley |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00045-JCM-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| DALAS BLAKELY, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

1. Due to a scheduling conflict, the government is unavailable at the current scheduled sentencing date and time.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Under Rule 32(b) of the Federal Rules of Criminal Procedure, the district court must impose sentence without unnecessary delay. The government's request to continue sentencing is necessary for the government to adequately prepare and be present at the defendant's sentencing hearing.

5. This is the first request for continuance filed herein.

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on Friday, March 18, 2022 at the hour of 10:30 a.m., be vacated and continued to **May 6, 2022**, at the hour of **10:30 a.m.**

DATED March 7, 2022.

_____
UNITED STATES DISTRICT JUDGE