# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DALAS BLAKLEY,<br><br>    Defendant. | 2:18-CR-045-JCM-DJA<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Dalas Blakley to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Dalas Blakley pled guilty. Superseding Criminal Indictment, ECF No. 43; Change of Plea, ECF No. 62; Plea Agreement, ECF No. 65; Preliminary Order of Forfeiture, ECF No. 66.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 22, 2021, through January 20, 2022, and from March 25, 2022, through April 23, 2022, notifying all potential third parties of their right to petition the Court. Notices of Filing Proof of Publication, ECF Nos. 69-1, p. 5 and 74-1, p. 5.

  This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. USM Returns, ECF Nos. 67, 68; Notice of Filing Service of Process – Mailing, ECF No. 72.

  On January 24, 2022, the United States Marshals Service attempted to personally serve Aaron Gray with copies of the Preliminary Order of Forfeiture and the Notice. USM Return, ECF No. 67.

  On January 24, 2022, the United States Marshals Service attempted to personally serve Tanya Daniels with copies of the Preliminary Order of Forfeiture and the Notice. USM Return, ECF No. 68.

  On February 7, 2022, the United States Attorney's Office served Aaron Gray with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 72-1, p. 3-14.

  On February 7, 2022, the United States Attorney's Office served Tanya Daniels with copies of the Preliminary Order of Forfeiture and the Notice through regular mail. Notice of Filing Service of Process – Mailing, ECF No. 72-1, p. 3-11, 15.

  On February 7, 2022, the United States Attorney's Office attempted to serve Tanya Daniels with copies of the Preliminary Order of Forfeiture and the Notice through certified mail return receipt requested. The mail was returned as no authorized recipient available. Notice of Filing Service of Process – Mailing, ECF No. 72-1, p. 3-11, 15-18.

  On March 23, 2022, the United States Attorney's Office served Tanya Daniels with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 72-1, p. 3-11, 19-20.

  This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

  This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. an HTC One max cell phone, model no. HTC6600LVW, serial no. FA3BESC03138, including its drive; and
2. a Samsung Galaxy cell phone bearing IMEI: 356213102667481

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED \_\_\_May 27_____, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE