RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Dalas Blakley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00045-JCM-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REPLY DEADLINE** |
| v. | (First Request) |
| DALAS BLAKLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Dalas Blakley, request that the due date for Mr. Blakley's Reply to the Government's Response to Defendant's Motion for Reconsideration of Imposition of Assessment Under the Justice for Victims Trafficking Act (ECF No. 81), be extended five (5) days from June 1, 2022 to June 6, 2022.

The Stipulation is entered into for the following reasons:

1. Counsel needs additional time to perform legal research and prepare a reply to the government's response.

2. The defendant is incarcerated and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 1st day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DALAS BLAKLEY,<br><br>       Defendant. | Case No. 2:18-cr-00045-JCM-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel needs additional time to perform legal research and prepare a reply to the government's response.

2. The defendant is incarcerated and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00045-JCM-DJA |
| Plaintiff, | ORDER |
| v. | |
| DALAS BLAKLEY, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Reply to Government's Response to Motion for Reconsideration of Imposition of Assessment Under the Justice for Victims Trafficking Act, that the Defendant's Deadline to file his Reply is extended to **June 6, 2022.**

    DATED this  1st  day of June 2022.

_____
UNITED STATES DISTRICT JUDGE

4